**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANNY MARTINEZ,

                Plaintiff,                        21 **CIVIL** 11054 (SLC)

    -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Mr. Martinez's Motion is DENIED and the Commissioner's Motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          March 30, 2023

                                                                               **RUBY J. KRAJICK**

                                                                      _____
                                                                          **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                                      _____
                                                                          **Deputy Clerk**